Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

VICKIE RAE SPARKS

CASE NO: 13-70379-HDH-13
HEARING DATE: 12/18/2013
HEARING TIME: 10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 12/18/2013 at 10:00 AM at the following location

VIDEO HEARING: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s') Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 12/18/2013 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:   10/25/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:  10/25/2013                                                    /s/ Walter O'Cheskey

                                                                                                                                                                                                                   _____
                                                                Walter O'Cheskey
                                                                Chapter 13 Trustee

```
BUREAU OF COLLECTION R ATTENTION: BANKRUPTCY 7575 CORPORATE WAY EDEN PRAIRIE MN 55344
CLINICS OF NORTH TEXAS PO BOX 730852  DALLAS TX 75373
CRD PRT ASSO ATTN BANKRUPTCY PO BOX 802068 DALLAS TX 75380
CREDIT COLLECTIONS SRV PO BOX 9134  NEEDHAM MA 02494
ER SOLUTIONS PO BOX 9004  RENTON WA 98057
EXECUTIVE SERVICES 1200 AUSTIN STREET PO BOX 2248 WICHITA FALLS TX 76307
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
LVNV FUNDING PO BOX 740281  HOUSTON TX 77274
MIDLAND FUNDING 8875  AERO DR STE 200  SAN DIEGO CA 92123
NCO FIN /09 ATTENTION BANKRUPTCY 507 PRUDENTIAL RD HORSHAM PA 19044
NCO FIN/99 PO BOX 15636  WILMINGTON DE 19850
PAYLIANCE ATTENTION: DISPUTES 3 EASTON OVAL SUITE 210 COLUMBUS OH 43219
POSTAL FAMILY CU PO BOX 4825  WICHITA FALLS TX 76308
RJM ACQUISITIONS FUNDING LLC 575 UNDERHILL BLVD STE 224  SYOSSET NY 11791
SOCIAL SECURITY ADMINISTRATION PO BOX 15627  KANSAS CITY MO 64106
THOMAS B LONGEST 800 DENVER  WICHITA FALLS TX 76301
TITANIUM EMERGENCY GROUP LLP PO BOX 3407 EMERGENCY ROOM PHYSICIANS WICHITA FALLS TX 76301
TOYOTA MOTOR CREDIT CORP PO BOX 8026  CEDAR RAPIDS IA 52407
TOYOTA MOTOR CREDIT CORPORATION PO BOX 8026  CEDAR RAPIDS IA 52408
TOYOTA MOTOR CREDIT CORPORATION PO BOX 9490  CEDAR RAPIDS IA 52409
TXU ELECTRIC/TXU ENERGY ATTENTION BANKRUPTCY PO BOX 650393 DALLAS TX 75265
UNITED REGIONAL 1600 11TH STREET  WICHITA FALLS TX 76301
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
US CELLULAR PO BOX 7835  MADISON WI 53707
VERICHECK PO BOX 3218  ABILENE TX 79604
VICKIE RAE SPARKS PO BOX 9727  WICHITA FALLS TX 76308
```