B6D (Official Form 6D) (12/07)

In re **Vickie Rae Sparks**  Case No. **13-70379-hdh-13**
(if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**CashMax Title & Loan**<br>**3117 Kemp Blvd**<br>**Wichita Falls, TX 76308** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**1999 Ford Exporer**<br>REMARKS:<br>**Son's car he has been making payments**<br><br>VALUE: $1,500.00 | | | | $600.00 | |
| ACCT #: xxxxxxxxxxxxx0001<br><br>**Toyota Motor Credit Corp**<br>**PO Box 8026**<br>**Cedar Rapids, IA 52407-9490** | | W | DATE INCURRED: **06/2012**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2011 Camry**<br>REMARKS:<br><br>VALUE: $16,000.00 | | | | $15,300.16 | |
| | | | Subtotal (Total of this Page) > | | | | $15,900.16 | $0.00 |
| | | | Total (Use only on last page) > | | | | $15,900.16 | $0.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  **Vickie Rae Sparks**　　　　　　　　　　　　　CASE NO   **13-70379-hdh-13**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER   **13**

*AMENDED*
**VERIFICATION OF MAILING LIST**

　　　In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.  I also certify that the attached mailing list

( ) is the first mailing list filed in this case.

(x) adds entities not listed on previously filed mailing list(s).

( ) changes or corrects names and address on previously filed mailing lists.

Date  10/30/2013　　　　　　　　　　　　　　　　Signature  /s/ Vickie Rae Sparks
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Vickie Rae Sparks*

Date  _____　　　　　　Signature  _____

CashMax Title & Loan
3117 Kemp Blvd
Wichita Falls, TX 76308

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE: **Vickie Rae Sparks**  CASE NO. **13-70379-hdh-13**

CHAPTER **13**

## Certificate of Service

___

The undersigned hereby certifies that on October 31, 2013, a true and correct copy of the amended plan summary was served on all interested parties listed below by ECF and/or regular mail.


/s/Monte J. White
Attorney for Debtor(s)

CashMax Title & Loan
3117 Kemp Blvd
Wichita Falls, TX 76308