# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

IN RE: Vickie Rae Sparks                                    CASE NO: 13-70379-HDH-13

HEARING DATE: 12/18/2013
HEARING TIME: 10:00 AM

## NOTICE OF HEARING AND OF THE RIGHT TO OBJECT

TO ALL PERSONS LISTED ON EXHIBIT "A" ATTACHED HERETO:
PLEASE TAKE NOTICE THAT ON    12/18/2013    AT    10:00 AM    AT THE FOLLOWING LOCATION:

| FOR LIVE COURT | FOR VIDEO COURT |
|---|---|
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH AND LAMAR STREETS | 10TH AND LAMAR STREETS |
| WICHITA FALLS, TX 76301 | WICHITA FALLS, TX 76301 |

the above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

**Debtor's(s') Chapter 13 Plan and Motion for Valuation**

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response will be served upon the Debtor's(s') counsel (or the Debtor(s), if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON    12/18/2013    AT    8:30 AM   
AT THE LOCATION GIVEN ABOVE. HEARINGS ON OBJECTIONS NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

DATED:   10/31/2013                                         /s/Monte J. White
                                                            ATTORNEY FOR THE DEBTOR(S)

## CERTIFICATE OF MAILING

A copy of the above Notice, with "Debtor's(s') Chapter 13 Plan and Motion for Valuation" dated    10/31/2013   
attached, was mailed on    10/31/2013    to the following parties at the addresses shown below and on the attached mailing matrix.

Chapter 13 Trustee
6308 Iola                                                   /s/Monte J. White
Lubbock TX 79424                                            ATTORNEY FOR THE DEBTOR(S)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 13-70379-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Thu Oct 31 09:27:01 CDT 2013 | Cascade Capital, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| Bureau Of Collection R<br>Attention: Bankruptcy<br>7575 Corporate Way<br>Eden Prairie, MN 55344-2022 | CarMax Title & Loan<br>3117 Kemp Blvd<br>Wichita Falls, TX 76308-1829 | Clinics of North Texas<br>P.O. Box 730852<br>Dallas, Texas 75373-0852 |
| Crd Prt Asso<br>Attn: Bankruptcy<br>PO Box 802068<br>Dallas, TX 75380-2068 | Credit Collections Srv.<br>PO Box 9134<br>Needham, MA 02494-9134 | ER Solutions<br>PO Box 9004<br>Renton, WA 98057-9004 |
| Executive Services<br>1200 Austin St-PO Box 2248<br>Wichita Falls, TX 76307-2248 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lvnv Funding<br>Po Box 740281<br>Houston, TX 77274-0281 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Nco Fin -99<br>Po Box 15636<br>Wilmington, DE 19850-5636 | Nco Fin-09<br>Attention: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| Payliance<br>Attention: Disputes<br>3 Easton Oval Suite 210<br>Columbus, OH 43219-6011 | Postal Family Cu<br>PO Box 4825<br>Wichita Falls, TX 76308-0825 | RJM Acquisitions Funding LLC<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791-4437 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Social Security Administration<br>PO Box 15627<br>Kansas City, MO 64106-0627 | Thompson B Longest<br>800 Denver<br>Wichita Falls, TX 76301-4139 |
| Titanium Emergency Group<br>P.O. Box 3407<br>Emergency room Physician<br>Wichita Falls, Texas 76301-0407 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 |
| Txu Electric-TXU Energy<br>Attention: Bankruptcy<br>PO Box 650393<br>Dallas, TX 75265-0393 | US Cellular<br>PO Box 7835<br>Madison, WI 53707-7835 | United Regional<br>1600 11th Street<br>Wichita Falls, Texas 76301-4388 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Verichek<br>PO Box 3218<br>Abilene, TX 79604-3218 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 |

Vickie Rae Sparks
PO Box 9727
Wichita Falls, TX 76308-9563

Walter 12,13 Ocheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | Toyota Motor Credit Corp<br>PO Box 8026<br>Cedar Rapids, IA 52407-9490 | End of Label Matrix<br>Mailable recipients   31<br>Bypassed recipients    0<br>Total                 31 |